NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL R. DUFFY,                     )
                                      )
          Appellant,                  )
                                      )
v.                                    )        Case No. 2D18-1388
                                      )
FEDERAL NATIONAL MORTGAGE             )
ASSOCIATION,                          )
                                      )
          Appellee.                   )
_____  )

Opinion filed December 19, 2018.

Appeal from the Circuit Court for
Hillsborough County; Perry A. Little, Senior
Judge.

Michael R. Duffy, pro se.

Robert R. Edwards of Choice Legal Group,
P.A., Fort Lauderdale, for Appellee.

PER CURIAM.

          Affirmed.

CASANUEVA, MORRIS, and LUCAS, JJ., Concur.